Randy Erland
Saguaro Correctional Center
1250 E. Arica Rd.
Eloy, Arizona 85131

US POSTAGE PITNEY BOWES
Correction
ZIP 85131
02 7H
0006216778    MAY 22 2025
$ 003.71°

**RECEIVED**

MAY 27 2025

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

U.S. District Court, Clerk
U.S. Courthouse, Suit 130
401 W. Washington St., SPC 1
Phoenix, Arizona 85003-2118

Legal Mail

SAT 24 MAY 2025
WVAZ PDC 850 ZIP

"LEGAL Reviewed
by Paralegal"

**RECEIVED**
MAY 22 2025
BY: Julie