Randy Erland #117287
Name and Prisoner/Booking Number

Saguaro Correctional Center
Place of Confinement

1250 E. Arica Rd
Mailing Address

Eloy, Arizona 85131
City, State, Zip Code

FILED ✓    ___ LODGED
___ RECEIVED    ___ COPY

MAY 2 7 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Randy Erland,

Plaintiff,

v.

Jane Prososki, et. al.,

Defendant(s).

CASE NO. CV25-01812-PHX-MTL--ESW

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
CIVIL (NON-HABEAS)

I, Randy Erland, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?
☒Yes   ☐No   If "Yes," how many have you filed? ___4___.
Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐Yes   ☒No   If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?   ☐Yes   ☒No
If "Yes," state the amount of your pay and where you work. _____
_____
_____

3. Do you receive any other payments from the institution where you are confined?   ☐Yes   ☒No
If "Yes," state the source and amount of the payments. _____
_____
_____

1

Revised 12/1/23

4.   Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   ☐Yes   ☒No

If "Yes," state the sources and amounts of the income, savings, or assets. _____

_____

_____

I declare under penalty of perjury that the above information is true and correct.

_05-22-25_____          _Randy Eiland_____
      DATE                                SIGNATURE OF APPLICANT

---

### ACKNOWLEDGEMENT OF COLLECTION OF FILING FEES FROM TRUST ACCOUNT

I, __Randy Eiland_____, acknowledge that upon granting this Application, the Court will order designated correctional officials at this institution, or any other correctional institution to which I am transferred, to withdraw money from my trust account for payment of the filing fee, as required by 28 U.S.C. § 1915(b).

The Court will require correctional officials to withdraw an initial partial payment equal to 20% of the greater of:

(A)   the average monthly deposits to my account for the six-month period preceding my filing of this action, or

(B)   the average monthly balance in my account for the six-month period preceding my filing of this action.

After the initial payment, if the amount in my account is at least $10.00, the Court will require correctional officials to withdraw from my account 20% of each month's income and forward it to the Court until the required filing fee is paid in full.   I understand that I am required to pay the entire fee, *even if my case is dismissed by the Court before the fee is fully paid.*

I further understand that if I file more than one action, correctional officials will be ordered to withdraw 20% of each month's income, for each action, simultaneously.   Accordingly, if I have filed two actions, correctional officials will withdraw 40% of my income each month; three actions will require 60% of my income each month, etc.

_05/08/25_____          _Randy Eiland_____
      DATE                                SIGNATURE OF APPLICANT

---

### CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, __Marla S. Hall_____, certify that as of the date applicant signed this application:
     (Printed name of official)

The applicant's trust account balance at this institution is:                         $___-0-___

The applicant's average monthly deposits during the prior six months is:             $___-0-___

The applicant's average monthly balance during the prior six months is:              $___-0-___

The attached certified account statement accurately reflects the status of the applicant's account.

_May 09, 2025_____  _____  _Accounting Clerk_  _SCC_____
DATE          AUTHORIZED SIGNATURE      TITLE/ID NUMBER      INSTITUTION

2

Revised 12/1/23